# EXHIBIT A

Case 1:20-cv-03159-MLB   Document 38-1   Filed 08/17/21   Page 1 of 3

explain how you compiled or calculated each item of damage, including any mathematical formula used.

**RESPONSE:** Plaintiff relied upon her contractors to do those calculations. Plaintiff researched properties in the area and calculated the loss in the value of her property to be $25,000.00.

### INTERROGATORY NO. 5:

If you or your attorney(s) have taken any statement, whether signed or unsigned, from any person concerning the Loss, please state the names, addresses, and telephone numbers of any person from whom statements have been taken, and attach a copy of same to your response to this interrogatory.

**RESPONSE:** Objection attorney work product - Bruce Fredrics, 289 Jonesboro Rd., Suite 436, McDonough, GA 30253 – insurance and damage expert used by Plaintiff in this case.

### INTERROGATORY NO 6:

Please identify the name, address, and occupation of each person whose testimony you intend to utilize, either in person or by deposition, as an expert witness at the trial of this case, and for each expert: describe the subject matter about which the expert is expected to testify; describe the expert's conclusions and opinions and the basis therefore; and identify each document prepared or produced by the expert which either supports or is contrary to these conclusions and

opinions.

**RESPONSE:** Bruce Fredrics, 289 Jonesboro Rd., Suite 436, McDonough, GA 30253 and insurance and damage expert used by Plaintiff in this case and his expertise will be on the insurance industry standards, the value of the damages for Plaintiff's real and personal property in this case.

**INTERROGATORY NO. 7:**

Please list the names, addresses, and telephone numbers of all persons who on behalf of the Plaintiff have investigated the Loss.

**RESPONSE:** Bruce Fredrics, 289 Jonesboro Rd., Suite 436, McDonough, GA 30253 and FLIC's inspectors, adjusters (hired by FLIC, addresses unknown to Plaintiff).

**INTERROGATORY NO. 8:**

Please identify all persons who have, or have had, any lien, encumbrance, security interest, or other interest in the Property which you claim was damaged in the Loss or to any proceeds payable under the Policy, and then describe the nature of any such lien, encumbrance or security interest, and identify all documents reflecting same.

**RESPONSE:** Lien on Property by Suntrust Mortgage; loan # 0036540466; Property purchased on 11/10/2006; and current principal is $199,000.00.