# EXHIBIT C

| | |
|---|---|
| **From:** | Ralph J Villani |
| **To:** | Hilary Hunter |
| **Cc:** | Patti Toney; Suzi Christopher; ALL Email; Alex Hait; Lizz Kuhn; My email |
| **Subject:** | Re: REPLY: Cadet - Plaintiff"s Deposition + need dates for insurer"s 30(b)(6) deposition |
| **Date:** | Tuesday, January 05, 2021 2:36:25 PM |
| **Attachments:** | image001.png |

Hilary

Great

Thank you

Ralph

***Carpe Diem***

Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)   (770) 985-6773

(FAX)   (770) 979-5190

(Email)  ralphjvillani@gmail.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail and/or shred this email (and/or email string) and any and all attachments if you have already printed the same.


On Tue, Jan 5, 2021 at 2:23 PM Hilary Hunter <hilary@isenberg-hewitt.com> wrote:

> Ralph:  February 18 works for me via zoom.  We will get the notice out and closer to the date, once the Court reporter provides me with the zoom link, I will forward it to you.  Hilary
>
> ---
>
> **From:** Ralph J Villani <ralphjvillani@gmail.com>
> **Sent:** Tuesday, January 5, 2021 2:18 PM
> **To:** Hilary Hunter <hilary@isenberg-hewitt.com>
> **Cc:** Suzi Christopher <suzi@northmetrolitigators.com>; ALL Email <all@northmetrolitigators.com>; Alex Hait <alex@northmetrolitigators.com>; Lizz Kuhn <lizz@northmetrolitigators.com>; My email <ralphjvillani@gmail.com>

**Subject:** Re: REPLY: Cadet - Plaintiff's Deposition + need dates for insurer's 30(b)(6) deposition

Hilary

Sorry for the delay ("making rather Merry over the Holidays")

Ms Cadet will be available for a REMOTE deposition on the following days;

### Feb 17, 18, 25, or 26, 2021

Regards, and be safe!

Ralph

***Carpe Diem***

Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)    (770) 985-6773

(FAX)    (770) 979-5190

(Email)  ralphjvillani@gmail.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail and/or shred this email (and/or email string) and any and all attachments if you have already printed the same.

On Tue, Jan 5, 2021 at 9:14 AM Hilary Hunter <hilary@isenberg-hewitt.com> wrote:

> Ralph:  Just circling back on getting some dates for the Plaintiff's deposition.  Thanks.
> Hilary

---

**From:** Hilary Hunter
**Sent:** Monday, December 21, 2020 10:42 AM
**To:** Ralph J Villani <ralphjvillani@gmail.com>
**Cc:** Suzi Christopher <suzi@northmetrolitigators.com>; ALL Email
<all@northmetrolitigators.com>; Alex Hait <alex@northmetrolitigators.com>; Lizz Kuhn
<lizz@northmetrolitigators.com>
**Subject:** RE: REPLY: Cadet - Plaintiff's Deposition + need dates for insurer's 30(b)(6)
deposition

Ralp:  Just circling back on getting some dates for Ms. Cadet's deposition.  Thanks.
Hilary

Hilary W. Hunter

Isenberg & Hewitt, P.C.

600 Embassy Row, Ste. 150

Atlanta, GA 30328

770-351-4400

hilary@isenberg-hewitt.com

**From:** Ralph J Villani <ralphjvillani@gmail.com>
**Sent:** Thursday, November 26, 2020 12:05 PM
**To:** Hilary Hunter <hilary@isenberg-hewitt.com>
**Cc:** Suzi Christopher <suzi@northmetrolitigators.com>; ALL Email
<all@northmetrolitigators.com>; My email <ralphjvillani@gmail.com>; Alex Hait
<alex@northmetrolitigators.com>; Lizz Kuhn <lizz@northmetrolitigators.com>
**Subject:** Re: REPLY: Cadet - Plaintiff's Deposition + need dates for insurer's 30(b)(6)
deposition

Hilary,

I will have to check with our client and let you know

Happy Thanksgiving and be safe

Regards

Ralph

***Carpe Diem***

Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)    (770) 985-6773

(FAX)    (770) 979-5190

(Email)  ralphjvillani@gmail.com

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail and/or shred this email (and/or email string) and any and all attachments if you have already printed the same.

On Mon, Nov 23, 2020 at 10:52 AM Hilary Hunter <hilary@isenberg-hewitt.com> wrote:

> Ralph:  I am not in the office the last week in December.  What is the availability like in January?  Thanks.  Hilary
>
> Hilary W. Hunter
>
> Isenberg & Hewitt, P.C.
>
> 600 Embassy Row, Ste. 150
>
> Atlanta, GA 30328
>
> 770-351-4400
>
> hilary@isenberg-hewitt.com
>
> **From:** Ralph J Villani <ralphjvillani@gmail.com>
> **Sent:** Tuesday, November 17, 2020 2:40 AM
> **To:** Suzi Christopher <suzi@northmetrolitigators.com>
> **Cc:** Hilary Hunter <hilary@isenberg-hewitt.com>; ALL Email <all@northmetrolitigators.com>; My email <ralphjvillani@gmail.com>
> **Subject:** REPLY: Cadet - Plaintiff's Deposition + need dates for insurer's 30(b)(6) deposition
>
> Hilary, all
>
> Ms Cadet is available on Monday, December 28, 2020 and Tuesday, December 29, 2020 for in-person deposition
>
> Need dates from you for 30(b)(6)deposition for insurer
>
> Regards
>
> Ralph

***Carpe Diem***

Ralph J. Villani, Esquire
*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)   (770) 985-6773


(FAX)   (770) 979-5190


(Email)  ralphjvillani@gmail.com


This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail and/or shred this email (and/or email string) and any and all attachments if you have already printed the same.




On Mon, Nov 16, 2020 at 3:51 PM Ralph J Villani <ralphjvillani@gmail.com> wrote:

> All
>
>
> I will contact client and see what dates she has available and if she wants to do it remotely or in person and I will get back to you as soon as I can
>
>
> Regards
>
>
> Ralph
>
>
> ***Carpe Diem***
>
>
> Ralph J. Villani, Esquire

*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, Georgia 30501-2634

(TEL)    (770) 985-6773


(FAX)    (770) 979-5190


(Email)  ralphjvillani@gmail.com


This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not an intended recipient, please notify the sender immediately and delete all copies of this e-mail and/or shred this email (and/or email string) and any and all attachments if you have already printed the same.




On Mon, Nov 16, 2020 at 1:33 PM Suzi Christopher <suzi@northmetrolitigators.com> wrote:

> Mr Villani is lead on this case and will be coordinating all Depositions. I'm unsure if he would prefer remote or in-person.
>
>
>
> Thank you,
>
>
> *Suzi Christopher*
>
> Paralegal
>
> North Metro Litigators
> Hait & Kuhn
> (P) 770-517-0045
> (F) 770-517-0350
> Suzi@northmetrolitigators.com
>
> www.northmetrolitigators.com



Visit our website and take a moment to "like" our Facebook Page.

MAILING ADDRESS:

WOODSTOCK OFFICE
185 Stockwood Drive, Suite 100
Woodstock, GA 30188
*[please send all mail to WOODSTOCK]*

ALPHARETTA OFFICE:
11545 Park Woods Cir., Suite C
Alpharetta, GA 30005

Remember, when corresponding via e-mail, please respond to the entire department so your questions or concerns can be handled more efficiently and expeditiously. You can do this easily by pressing "Reply to all" or including "ALL@northmetrolitigators.com" in all of your correspondence.

This e-mail may contain confidential information intended only for the person(s) named.  Any use, distribution, copying or disclosing to any other person is strictly prohibited.  If you receive this transmission in error, please notify Hait & Kuhn at the telephone number and/or e-mail address above.

Communication with an attorney or staff member at Hait & Kuhn does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice.  Any communication from an attorney or staff member should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established via a written agreement.

On Nov 16, 2020, at 1:31 PM, Hilary Hunter <hilary@isenberg-hewitt.com> wrote:


Suzie and Ralph:  Can you please provide me dates for your client's deposition?  Also, please let me know if it will be in person or remote?  Thanks.  Hilary


Hilary W. Hunter

Isenberg & Hewitt, P.C.

600 Embassy Row, Ste. 150

Atlanta, GA 30328

770-351-4400

hilary@isenberg-hewitt.com