# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GAETANE CADET**, | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) |
| | ) No.: **1:20-CV-3159-MLB** |
| -vs- | ) |
| | ) *Hon. Michael L. Brown, Judge* |
| THE FIRST LIBERTY MUTUAL | ) |
| INSURANCE CORPORATION, | ) |
| | ) *Plaintiff's Material Facts* |
| Defendant. | ) |

## PLAINTIFF CAETANE CADET'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ("PLAINTIFF'S OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTIONS")

Pursuant, i.e., to L.R. 56.1B(1), NDGa, Plaintiff files **PLAINTIFF'S OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTIONS** because the facts establish that Defendant acted in bad faith and had no reasonable basis in fact or law for "low balling" Plaintiff's amount of losses, acted in bad faith denying Plaintiff's Appraisal Demands for frivolous reasons (see, the otherwise referenced 10th Circuit Ruling[1]), and because O.C.G.A. § 33-4-6 is

---

[1] *Bonbeck Parker, LLC; Bon Beck HL, LLC v. The Travelers Indemnity Company of America*, United States Court of Appeals for the Tenth Circuit, Case

<u>not</u> the exclusive remedy as alleged by Defendant (see, also, Fulton County, GA, Superior Court, Judge Bessen's 2014 Order addressing these very issues), and because Plaintiff's claims for attorney fees (O.C.G.A. § 13-6-11) and punitive damages (O.C.G.A. § 51-12-5.1) are supported by Georgia Law. Plaintiff has pleaded in the alternative ex-contractual claims which, if proven at trial, allow for punitive damages and attorney fees and are <u>not</u> duplicative of O.C.G.A. § 33-4-6 bad faith claims.

As far as Plaintiff's diminution in value claims, the Policy Defendant has entered into the record is <u>not</u> the Policy she purchased and was <u>not</u> the Policy in effect at the time of the subject incident.

Plaintiff, in her opposition to Defendant's instant motions, relies upon the pleadings in this case, the written discovery and responses thereto, Plaintiff's deposition transcripts (Volumes I and II) already filed by Defendant, and any and all other matters which constitute the record in this case, including, without limit:

1. Plaintiff's Brief in Opposition and the exhibits referenced therein and/or attached thereto;

2. Plaintiff's Statement of Undisputed Material Facts;

3. Volumes I and II of Plaintiff's Deposition;

---

No. 20-1192, October 1, 2021.

4. A copy of the Hon. Diane E. Bessen's 2014 Ruling;[2]

5. A copy of the subject 10th Circuit October 1, 2021 decision (see, fn 1);

6. Plaintiff's Demand for APPRAISAL

7. Defendant's October 8, 2019 illicit denial of Plaintiff's demands for appraisal;

8. Plaintiff's O.C.G.A. § 33-4-6 60-day Demand Letter, as amended;

9. Affidavit of Bruce Fredrics, Plaintiff's expert on insurance matters (Mr. Fredrics' original affidavit and his second affidavit); and,

10. Plaintiff's Affidavit.

**WHEREFORE** this Court must deny Defendant's motions for summary judgment and/or motion for partial summary judgment in total.

This 26th day of October, 2021.

/s/ *Ralph J. Villani*

**Ralph J. Villani, Esq.**
GA Bar No.: 727700

***VILLANI LAW FIRM***
821 Dawsonville Hwy., Suite 250-333
Gainesville, GA 30501-2634
(TEL) 770.985.6773
(FAX) 770.979.5190
(Email) ralphjvillani@gmail.com        Co-Counsel for Plaintiff

---

[2] *Thomas Singh v. Allstate Property & Casualty Insurance Company, et al*, State Court of Fulton County, GA, Civil Action File No. 2013-EV-017945-J (December 8, 2014).

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **GAETANE CADET**, | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | No.: **1:20-CV-3159-MLB** |
| -vs- | ) | |
| | ) | *Hon. Michael L. Brown, Judge* |
| THE FIRST LIBERTY MUTUAL | ) | |
| INSURANCE CORPORATION, | ) | *Plaintiff's Material Facts* |
| Defendant. | ) | |

## COMBINED CERTIFICATE OF COMPLIANCE
## AND CERTIFICATE OF SERVICE

This is to certify that *Plaintiff's Material Facts in Opposition* comply with the Local Rules of this Court and the font is Times New Roman, 14 point.

Further, the undersigned certifies that all counsel of record were served with a copy of *Plaintiff's Material Facts* via this Court's e-filing system(s).

This 26th day of October, 2021.

/s/ *Ralph J. Villani*

**Ralph J. Villani, Esq.**
GA Bar No.: 727700

*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, GA 30501-2634
(TEL) 770.985.6773
(FAX) 770.979.5190
(Email) *ralphjvillani@gmail.com*        Co-Counsel for Plaintiff